NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CLIFFORD WAYNE DAVIS,      )
         )
    Appellant,      )
         )
v.      )    Case No. 2D16-3165
         )
STATE OF FLORIDA,      )
         )
    Appellee.      )
_____)

Opinion filed February 8, 2019.

Appeal from the Circuit Court for Lee County; Bruce E. Kyle, Judge.

Keith W. Upson of The Upson Law Group, P.L., Naples (withdrew after briefing), for Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, and C. Todd Chapman, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.


Affirmed.


CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.